Bank of America Legal Order Processing
**Reference number**
D050624000607
**Court case number** 90-2404-003777
**Court or issuer**
BROWARD COUNTY SHERIFF'S OFFICE
**Court case name:**
EYES ABOVE WATER

DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, NATHAN SMALLWOOD, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| EYES ABOVE WATER LLC | 2924 | debits, Statement Pages, Signature Cards, Wires, Offsets, | 2023-10 - 2024-03 |
| EYES ABOVE WATER LLC | 2431 | Statement Pages, Signature Cards, Wires | 2024-02 - 2024-04 |

3.) <u>Production.</u>
 X     The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.


Date:        06/10/2024      Signature:_____