UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,
       Defendants.
_____/

## DEFENDANTS, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON'S WITNESS LIST

The Defendants, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON file their witness list as follows:

1. Duwayne Mills - 3/27/25 Testified
2. Brandon Goodwin - 3/27/25 Testified
3. Mark Collier
4. Donald Galarza
5. Lloyd Samuels - 3/27/25 Testified
6. Courtney Morgan, M.D.
7. Janice Turner - 3/27/25 Testified

## CERTIFICATE OF SERVICE