UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-Cr-60126-LEIBOWITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JANICE ELEANOR TURNER and,
KISEAN PAUL ANDERSON a/k/a
Sean Kingston

        Defendant.
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

_____  MARC ANTON
**Government/Plaintiff**

_____
**Defendant**

_____
**COURTROOM DEPUTY**

Date: 3/28/2025

cc: Counsel of Record