Juror No.____

# Jury Questionnaire – Judge David S. Leibowitz
## Please answer all questions.
## (Do NOT conduct any internet searches.)

1. What is your name, age, and general area of residence (e.g., Fort Lauderdale, Doral, Weston, etc.)?

2. Please describe your current employment: Are you working? If so, where do you work and what do you do? (If you are not currently working, please describe the nature of your most recent work experience.)

3. Are you married or living with a significant other? If so, what does the other person do for a living?

4. Do you follow the news and current events? If so, what are your most common sources of news?

5. Have you, a member of your family, or a close friend ever been the victim of a fraud or misrepresentation? If so, please explain the general nature or circumstances of the fraud or misrepresentation, and the date(s) when it occurred.

Juror No.____

6. Have you, a member of your family, or a close friend ever been ***arrested*** or ***convicted*** for any crime?  (**PLEASE NOTE**: ***Arrest*** is different than ***conviction***. So, as an example, you may have a friend who was arrested, but the charges were later dropped, or he/she was later found ***not guilty***.  Under either circumstance, your answer would still be **YES** because your friend was arrested, even though he/she was never convicted.)  If **YES**, please explain the year, general type of offense charged, and the general place where it occurred.

7. Do you have any close friends or family members who have ever worked for any law enforcement agency (including but not limited to the United States Attorney's Office, the Broward County Sheriff's Office, the Federal Bureau of Investigation, or the United States Secret Service)?   If yes, please explain.

8. Have you ever served on a jury before?  If so, was it a civil or criminal case?  Did the jury reach a verdict?  (**DO NOT** tell us what the verdict was—only whether the jury reached a verdict or not).  Were you the foreperson?  (If you have served on a jury more than once, please answer for each time you served on a jury.)

9. In this case you may hear that one of the two Defendants is a well-known musician.  Do you think you can be fair and impartial to each Defendant and to the United States when one of the Defendants is well-known?

10. Is there anything in your background, experience, or personal feelings which might prevent you from passing judgment on another person or affect your ability to be fair and impartial in this case?