

último uso: N Negocios >

# Mama Kingston

mensaje | llamar | FaceTime | correo

 Foto y póster de contacto

teléfono RECIENTE
(954) 770-4578

FaceTime

Notas

Enviar mensaje

Compartir contacto



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 2