

Exhibit 3 - 0001



Exhibit 3 - 0002



Exhibit 3 - 0003



Exhibit 3 - 0004



Exhibit 3 - 0005



Exhibit 3 - 0006