

Exhibit 4 - 0001



09:09

Sean >

Leaving for Vegas

Can we do tonight ?

What time? May be I can make it

I'm here all night king

You tell me

Ok, i get off at 6:30 and I'm coming to see you. Send me your location

Ok bet

3325 NE 18th St
Fort Lauderdale, FL  33305

❤️
👍

jue, 14 sept, 20:42

Im here

Ok I'm coming

Asunto

iMessage

Exhibit 4 - 0002



09:10

**Sean** ›

mar, 24 oct, 13:25

See u at 4 king

Hi Sean, ok, I'll be there

mar, 24 oct, 15:07

It's posible to see you earlier ? I'm on the area

4 sir

👍

Thank you 🙏

Oh wow poppa I sent u my manager house smh by mistake

I'm right down the road though

4610 SW 178th Ave, Fort Lauderdale, FL 33331

lol 😂

No problem 👍

Asunto

iMessage

Exhibit 4 - 0003



**09:12**

**Sean**

> Sean " Gold " Kingston!!! Good bless you men, you are going to have the best screen ever, an unique equipment. You will see! I'm exiting with your Proyect!

Wow !!!!!!!

I cannot wait

We're gonna go viral and shut the internet down I hope u ready lol 🔥🔥👤

Watch how much new customers you get from doing this with me

Mark my words your life is gonna change after this

Watch and see my brother !... much love man I'll see u in a few days

❤️

> Can't wait! See you in a few days!

lun, 30 oct, 20:51

> Hi Sean! Hope your doing great.

Asunto

iMessage

Exhibit 4 - 0004



09:13

Sean

Thank u 🙏

vie, 3 nov, 13:13

Hi Sean, do you think that the transfer it's going to be made today?  Please let me now asap, thanks 🙏

sáb, 11 nov, 11:09

Hello Sean, we didn't receive the transfer. Is going to be hard installing before January if we don't be able to transfer to our providers before Monday. It's the busiest time of the year. They are with lot of work and have to manufacture for other projects to. We have  several a installations as well.

lun, 13 nov, 13:07

Hi Sean, I didn't receive the transfer, are you sure that it's done? Let me now, or send me the bank transfer receipt, so I can talk to the bank, thanks!

Asunto

iMessage

Exhibit 4 - 0005



Exhibit 4 - 0006



Exhibit 4 - 0007



Exhibit 4 - 0008



Exhibit 4 - 0009



Exhibit 4 - 0010



09:16

Sean >

jue, 21 dic, 12:36

Hi Sean, we didn't receive the transfer yet, when it's going to be done?

vie, 22 dic, 12:47

Hello Sean

Hope your well

vie, 22 dic, 14:25

Need the transfer done, please let me now when it's going to be done

mar, 26 dic, 13:39

Hi Sean, I haven't receive the

Asunto

iMessage

Exhibit 4 - 0011



**09:16**

**Sean** ›

mar, 26 dic, 13:39

Hi Sean, I haven't receive the money yet. I need the transfer asap please, lot of things to pay…

Ok I'm in Dubai

Time is way different

Let me check with mom

Thanks

mié, 27 dic, 13:58

Sean, hi men, any news,?

jue, 28 dic, 12:57

What's going on ? You don't answer any more, you mother don't answer any more….

You can not do this, you now that

We have an agreement that you are not fulfilling

jue, 28 dic, 15:10

Asunto

iMessage

Exhibit 4 - 0012



**09:16**

**Sean** ›

We have an agreement that you are not fulfilling

jue, 28 dic, 15:10

It's late here in Dubai will call u once I wake up

Please

mar, 9 ene, 12:44

Hi Sean, I need the transfer asap, your mama told me last week or early this week, I texted her to, need the money today

mar, 9 ene, 13:56

Your mama, told a few minutes ago that it's going to the 11th, but if it's possible sooner, I'll appreciate

Ok king let me call her now

Thanks Sean

Your friend never call me back

Asunto

iMessage

Exhibit 4 - 0013



09:16

Sean >

Make him a call

So I can visit him

Ok will call him in an hour

Great

jue, 11 ene, 19:52

Hi Sean, we haven't receive the transfer that was for today.

It was supposed to be done today...

Hey king

Let me check on that now

Thanks

No problem my brother shouldn't be this long

I will hit u back

Any notice?

Asunto

iMessage

Exhibit 4 - 0014



**09:16**

**Sean**

jue, 11 ene, 22:05

?

vie, 12 ene, 11:49

I'm not comfortable claiming the money every day, let me know if the payment will be made today. I don't want to ask any more

vie, 12 ene, 15:29

Hello

vie, 12 ene, 18:19
Se cambió el número a **Negocios**

Sorry was recording

Let me get on it now

Call u back in a few

vie, 12 ene, 19:48

Sean

Any notice?

Yes brother she is working on it

Asunto

iMessage

Exhibit 4 - 0015



Exhibit 4 - 0016



**09:17**

**Sean** ›

> I can not relax

> Understand me

> Just send me the proof of transfer, if it a bank issue I can understand it, but sending the transfer receipt

Ok

Getting now

sáb, 13 ene, 15:39

You will have bank confirmation later today

**1 respuesta**

There was a levy in the account

And that's what pushed it back

But it's being handled

U will have the paper today king

> Thanks Sean, I'll wait

> Ok

Asunto

iMessage

Exhibit 4 - 0017



Exhibit 4 - 0018



09:17 98

Sean

viernes, 15:24

Hello Sean, what's going on? The payment never happend... we need to make the first service, all the colossal TVs need a service at 30 days. Let me now if on Monday morning we can go to your house. We need this because of the warranty. But please let me now when we are going to have the payment complete. Beside this, we need to make the warranty service.

You friend never call back, let me now if he still interested in the 232"

viernes, 19:13

Hello

Are you there ?

Entregado

viernes, 20:34

Ok king calling u in a few

Se cambió el número a Negocios

Asunto

iMessage



**Sean**

viernes, 19:13

Hello

Are you there ?

viernes, 20:34

Ok king calling u in a few

hoy, 12:30

Hello Sean, between 2 and 4 Roberto is going to be at your home. The check is for 47,000. He is going to make the service.

Ok

4 is best

All good king

Ok, I'll let you now your mama to that we are passing by at 4, see you

Entregado

Okay 👍

Asunto

iMessage

Exhibit 4 - 0020



17:49      4G 26

**Sean** ›

Okay 👍

hoy, 17:38

We were there and nobody was there

Bout cousin now emitting about the check

The screen was off  becouse the AV system was plugged of... we only turned it on... please be careful with the equipments, it's delicate...

Roberto is going to start near your house for the check

Let me now when you mama is at home

I told you that we will be there around for

Let me now, Roberto is near

And waiting for the payment

Entregado

Asunto

iMessage

Exhibit 4 - 0021



Exhibit 4 - 0022



Exhibit 4 - 0023



Exhibit 4 - 0024



Exhibit 4 - 0025



Exhibit 4 - 0026



Exhibit 4 - 0027



Exhibit 4 - 0028