

**PROFORMA INVOICE**

info@expimled.tv
Tel. +1 386 344.8426
Showroom 401 NE Mizner Blvd. Boca Raton
Florida, United States

**Company:** Sean Kinsgton
**Tax Id:**
**Address:**
**City:**
**State:** FL
**Country:** United States
**Contact:** Sean Kingston
**Tel.:**

**Quote:** 20230904 - 0A933 - 05
**Project:** COLOSSAL TV C-232 KONG
**Space:** LIVING ROOM
**Market:** B2C
**Detail:** Series 150

BUDGET - Description of products and services



C-232 KONG SERIES 150 4K

| VISUAL SYSTEM | | UNIT PRICE | PCS. | | SUBTOTALS |
|---|---|---|---|---|---|
| COLOSSAL TV C-232 MODULE | 201.57 x 113.39 | USD 1.352,00 | 64 | USD | 86.528,00 |
| VIDEO PROCESSOR N2 | | USD 4.500,00 | 1 | USD | 4.500,00 |
| APPLE TV 4K FREE | | USD - | 1 | USD | - |
| GOOGLE TV 4K FREE | | USD - | 1 | USD | - |
| **SOUND SYSTEM (BASE)** | | | | | |
| Marantz SR8015 11.2-Channel Network A/V Receiver | | USD 3.450,00 | 1 | USD | 3.450,00 |
| SPEAKERS Klipsch SYSTEMS | | USD 8.450,00 | 1 | USD | 8.450,00 |
| Subwofer 12" R-100SW | | USD 890,00 | 2 | USD | 1.780,00 |
| **INTEGRATIONS & SLA** | | | | | |
| Electromechanical assembly | | USD 78,00 | 64 | USD | 4.992,00 |
| Configuration and commissioning | | USD 450,00 | 1 | USD | 450,00 |
| Logistics FREE | | USD - | 1 | USD | - |
| | | | AMOUNT | USD | 110.230,00 |
| | | | TAX 7,02% | USD | 5.310,77 |
| | | | TOTAL TAX INCLUIDE | USD | 115.540,77 |

**COMMERCIAL PROPOSAL**

| | | |
|---|---|---|
| Purchase Contract | USD | 30.000,00 |
| Technology Integration | USD | 47.027,18 |
| Social Media Agreement | USD | 38.513,59 |

**EXPINED FL**
Ver Ver Entertainment LLC
2000 PGA Blvd. Palm Beach Gardens, FL 33408.
EIN number: 35-2706228

**BANK OF AMERICA**
VER VER ENTERTAINMENT LLC
ACCOUNT NUMBER
ROUTING NUMBER

**SHOWROOM**
401 NE MIZNER BLVD. Boca Ratón, FL 33432

**CONTACT INFO**
Tel. +1 386 344.8426
info@expimled.tv
instagram.com/expimledfl

Palm Beach Gardens, 10-25-23

Mr. Sean Kingston
4610 SW 178 TH AVE.
Ft. Lauderdale - FL. ZC 33331

**Payment Summary:**
10/25/2023.....................................................................$30,000

Remaining Amount to be paid by Sean Kingston is USD 47,027.18, which will be paid once the installation of the equipment is complete + social media adv.

SEAN KINGSTON
CUSTOMER

ARIEL MATEOS
VER VER ENTERTAINMENT LLC



GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 6