

**VER VER ENTERTAINMENT LLC**
2000 PGA Blvd
Palm Beach Gardens, FL 33408
info@expimled.tv
+1 386 344 8426

# RECEIPT ACKNOWLEDGEMENT

**Sean Kingston**
4610 SW 178 Ave.
Fort Lauderdale, FL 3331

The client Sean Kingston, have received the following product from EXPIMLED FL.

### Product Details

- 1-Microled Screen C 232" KONG,
- 1-PC AV Receiver Marantz SR 8015 11.2
- 5-Klipsch Speakers Sound System Dolby Atmos 5.1
- 2-Novastar VX600 – Colossal TV Box Sending
- 1-AV Furniture

I affirm that the product has been delivered in perfect condition, without any apparent damage, and has been tested and verified, confirming its proper functioning.

I declare, under my responsibility, that I have no claims, complaints, or dissatisfaction regarding the condition, installation of operation of the received product.

Customer's Signature: _____
Date: 12 / 17 / 2023

By signing this document, I acknowledge that I have received the product in the mentioned condition and have no observations or claims to make.
I appreciate the attention and service provided by Expimled FL



GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 7