



(954) 770-4578

FaceTime

Заметки



GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 10