

19:12

**BK**

Sean

iMessage
Вт, 12 марта, 18:39

Hey brother it's Kingston

Your good?

Hey King

Yes thank you so much Bro

In hotel

Okay my brother

Just making sure your okay see u soon

Thank you so much King. I will be at 12

Вт, 12 марта, 20:32

10 minutes

Ok king 🙌

I don't understand where to go

I ran into some gates and barriers

OMG King ))

**GOVERNMENT EXHIBIT**

CASE NO. 24-60126-CR-DSL

EXHIBIT NO. 12

Exhibit 12 - 0001



Exhibit 12 - 0002



Exhibit 12 - 0003



Exhibit 12 - 0004



Exhibit 12 - 0005



19:13

**BK**

Sean

At 5-6 pm

Please makesure the links fit cuz I
have a fat wrist 🤣

1 ответ

Ok perfect

See u in a few

Of course King

🤣

Need to measure

Yes cause that's one I'll be wearing
on Friday in the music video with
Bieber

Understood King.

Ok see u in a bit my brother

+

Exhibit 12 - 0006



19:13

**BK**

Sean

OK see u in a bit my brother

See you soon King. Take care

Audemars its Limited Edition...only 25 pieces

In world

I'm so excited man

My collection is at a new high level now lol 😂

1 ответ

Not even a fly sat on them

My collection is at a new high level now lol 😂

😂😂🔥🔥🔥 yessir !!!!!!

+

Exhibit 12 - 0007



19:13

Sean

😂😂🔥🔥🔥 yessir !!!!!!

❤️
🖤🙏

For life my brother always remember this

1 ответ

It's all about genuine love and loyalty

1 ответ

We will have a ever lasting friendship

I'm with u king watch how I help take your watch brand and company to the highest level

1 ответ

Watch this lol 🔥🔥🙌



Exhibit 12 - 0008



19:13

**BK**

Sean

Thank you Thank you Thank you so much King

It's al about genuine love and loyalty

Exactly 🙏🙏🙏

In a month, maybe a month and a half, I'll bring you another one as a gift. Mile...perfect Mile

I need to earn some money and I'll do anything 😉

I'm with u king watch how I help take your watch brand and company to the highest level

You're awesome men 💪💪💪

It's done brother money wil not be a issue anymore

Watch

Bieber is gonna buy some stuff from u this weekend

+

Exhibit 12 - 0009

19:14

**BK**

Sean

Watch

Bieber is gonna buy some stuff from u this weekend

So with that and my 400k plus I'm spending with you

Should be a great start my brother !!.. 😂😂😂🔥🙏

Thank you King. Many times thank you 🙏🙏🙏🙏

I will never let you down

Same here my brother

On GOD in Heaven

🙏🙏🙏🖤🖤🖤

Ср, 13 марта, 10:40



+

Exhibit 12 - 0010



Exhibit 12 - 0011

19:14

**BK**

Sean



1 ответ

What do you think King?

Let me count these links on my other ap and send u a video now



Size? Small?



iMessage

Exhibit 12 - 0012

19:14

BK

Sean ›

Size? Small?



12 links counting down it should be

Few minutes

Exhibit 12 - 0013

19:14

BK

Sean ›

Okay

Total 22 links

At mine

You just need to measure

Links is different

Okay come so u can measure

Sure King

Also what others does he have in stock Bieber wanted to know remember ?

I have this watch in LA 💐

**11 фото**



Exhibit 12 - 0014



**There will be new arrivals in 2 weeks** 👇

■■ 5 фото

Okay will send these off to Bieber now ...! What bout the skeleton ap u said u had in LA ?

Exhibit 12 - 0015



19:14

**BK**

Sean >

Okay will send these off to Bieber now ...! What bout the skeleton ap u said u had in LA ?



Here he is



Exhibit 12 - 0016



Exhibit 12 - 0017



19:15

**BK**

Sean ›

Tomorrow can will be

Which one is that ?

The one I'm getting?

Yes

U said it's coming today

Is everything correct?

44mm right? I love it man

1 ответ

No King, Today is Wednesday, he will be tomorrow, Thursday

Hopefully this band fits perfect cuz this will be the one I wear in video

Ok that's fine

It's perfect

They wouldn't have had time to deliver it today. Even if I flew there

Exhibit 12 - 0018



19:15

BK

Sean >

Ok that's fine

It's perfect

They wouldn't have had time to deliver it today. Even if I flew there

44mm right? I love it man

Yes King, 44mm

Perfect

🖤 🔥 🔥 🔥

Big watch

I know love it

Big watch for BIG MAN

Lol

Exactly 🔥

Thank you King

Exhibit 12 - 0019



Exhibit 12 - 0020



**19:15**

**BK**

Sean

19-20 cm or 8 in

Think please you need them or not!

How soon can u bring this one



🖤 **Royal Black Swan** on Instagram: "Audemars Piguet ❤️ ...
instagram.com

That's my other dream watch !!..

+    Message    🎤

Exhibit 12 - 0021



19:15

BK

Sean ›

**Instagram: "Audemars Piguet 🖤 ...**
instagram.com

That's my other dream watch !!..

> I'll give you all the information on them soon.

Once u get here we will measure..
I just signed. New deal for 3million between us

So I bought some real estate 🏘️ properties

Now I wanna get couple watches as well

U know I know they are great investments as well

1 ответ

> Ok King

U know I know they are great investments as well

> Exactly King, exactly

Exhibit 12 - 0022



19:15

**BK**

Sean

U know I know they are great investments as well

Exactly King, exactly

‼️

Will never go down in price

Like gold))

The rose frosted rainbow 🌈 dial we gotta try to get this here asap !!!!!!!!!!!!!!!! Cuz my mother just said get the ones I really really been looking at

1 ответ

No inflation or costs

And that's the ap rose I just sent u

And the 44m one I'm getting tomorrow

So we'll talk Once u get here today

The rose frosted rainbow 🌈 dial we gotta try to get this here asap !!!!!!!!!!!!!!! Cuz my mother just said get the ones I really really been looking at

➕    Message    🎤

Exhibit 12 - 0023



19:15

BK

Sean >

The rose frosted rainbow 🪶 dial we gotta try to get this here asap !!!!!!!!!!!!!!! Cuz my mother just said get the ones I really really been looking at

Mom is right as always

I agree 👍

She's next to me now lol 🙏🖤

🙏🙏🙏🖤🖤🖤

My queen man forever ∞

See you soon King 🙏🙏🙏

Yes my brother

I will send you options

1

+    Message 🎤

Exhibit 12 - 0024



Exhibit 12 - 0025



19:15

BK

Sean ›

Absolutely New 12/22

But price crazy

No

Not for me lol

Understand King

I need the rose rainbow dial

And the 44m tourbillion

1 ответ

Soon King Soon

And the 44m tourbillion

Tomorrow

I wanna do all 3 so
Please tell them it's a go for the
3rd one my mother approved and
so did biz manager Byron

Exhibit 12 - 0026



19:16

**BK**

Sean

I can order the cash no problem

But if it's a bank transfer, it's not a problem.

Perfect King

Will handle that now u do your part though

1 ответ

The watch is available in yellow and rose gold

Get the 2 watches to me asap

Will handle that now u do your part though

Sorry King

I'll do rose

Ok

Matter a fact lets do yellow

iMessage

Exhibit 12 - 0027

19:16

**BK**

Sean

I'll do rose

Ok

Matter a fact lets do yellow

I have to many rose ones in my collection already

Lol 😂

And it's cheaper I just seen hahahaha

Understand King

I work

Ok done

🙏



+

Exhibit 12 - 0028



Exhibit 12 - 0029



19:16

**BK**

Sean ›

We will not have time to deliver them in 2 days

In Dubai

Yes be he is here for a week also

Yours in Europe

When will my yellow watch arrive ?

Ok I will tell him

Get mines asap though please

Bank is sorting the cash moms just said to me

So please have them bring fastest time as possible

Thank you King

🙏

I push them all there

Ok 👍

+          iMessage

Exhibit 12 - 0030



19:16

**BK**

Sean

How much should I tell him ?

$326,000 I'll decide on a discount

Ok texting him now

King do you need a car today? I don't plan to leave today, need a little rest. Since the morning I've been sitting at the reception waiting for my number, car is in the parking, I didn't use it today. But if you need it, I'll bring it



+     essage

Exhibit 12 - 0031



New 2023 year. Frost yellow gold

I won't make money from you

They need to give $503,200

Delivery maximum 6 days

The watches you will take for yourself, I don't want to earn money from them

Exhibit 12 - 0032

19:17

**BK**

Sean ›



Pink gold. New...2022 year

$593,600

I'm lost and confused

I want the yellow one

So tomorrow you can bring 44m one and they well wait for the yellow ap

I will push soot back then.. Justin will be here for a week straight at fountain bleu so that's actually perfect

Also your good I don't need car I'm just relaxing today.. went to the dentist earlier than rode my bikes just now

Come so u can measure my wrist and we go over everything !

+ ⌇Message ⏺

Exhibit 12 - 0033

19:17

**BK**

Sean

dentist earlier than rode my bikes just now

Come so u can measure my wrist and we go over everything !

Thank you so much King 🖤⚱️

Yellow ✌️

So 44m tomorrow

You can stay at my house till we close our deal u don't need to waste money on hotel

**1 ответ**

So tomorrow your partner bring me 44mm

Then we'll wait 6 days to get frosted yellow skeleton

Then we shoot video soon as we get it

The we take over the world 🌍 together lmao 🤣

+

Exhibit 12 - 0034



19:17

**Sean**

After these new hits come out I will get more down the line



But I gave u my word.. u will be the only people I get my factory watches from

No one else

Many thanks King, many many thanks

I told u I don't play that I am very VERY BIG ON LOYALTY MY BROTHER

Don't forget to bring the measure so we the accurate size for the links for both of the AP's

1 ответ

I remember that brother. No amount of money can buy this. It's priceless

+    iMessage

Exhibit 12 - 0035



Exhibit 12 - 0036



Exhibit 12 - 0037



Exhibit 12 - 0038



19:18

**BK**

Sean ›

‼️

Very serious watch

It's over

So King, I have little issue and I
need your help:
As soon as you and I close the
financial issue for these two
watches (Mile and AP 44mm), I
transfer money to Europe and that
watch immediately leaves.

P.S. - Dealers don't send watches
without money. Unfortunately I
don't have any free money. I also
owe them a little money for this

I booked them

Aww that's bad news I ordered the
cash so all they have to do is trust
you

Like come on I'm already spending
a lot of money already

Ok. When can I get cash for Mile
and AP?

AP will be tomorrow

+   Message   🎤

Exhibit 12 - 0039



19:18

BK
Sean

Brother

Mile at your place

Remember what we spoke about ??...handling everything all together

But if u can't i understand

I just wanted to wear all 3 in the Bieber video shoot and make a statement

King I now, understand. But they won't give it to me without money.

Got u

So no worries we'll handle these 2

And u can use that money

There are such sharks there, they will sell them to other hands

To order the 3 rd one

Maybe refuse them?

iMessage

Exhibit 12 - 0040



**19:18**

**BK**

Sean ›

To order the 3 rd one

Maybe refuse them?

Wow I understand now... ok no worries let's handle these 2 watches and u can order the 3rd watch with the money I give u

My friend should now pay the deposit

That's what I was saying

I'm already paying slot

A lot

Ok

Please see if he can Just pay the deposit and get the 3rd watch and we can just handle everything 1 time

With cash for all 3

That way I can switch different watches in the upcoming music video

Message

Exhibit 12 - 0041



19:18

**BK**

Sean

That way I can switch different watches in the upcoming music video

They need to pay 10% now...and they don't give it to anyone

Okay

If you don't pay bail, they won't be there tomorrow.

Maybe there will be more, but no one will give a guarantee

Got u ok let's handle these 2 then

Whoever brings the money first will sell

No problem

Ok King

Sorry

Just bring ap tomorrow mom will pay u

Then u just get the other on after

Exhibit 12 - 0042

19:18

BK

Sean

Then u just get the other on after

What time tomorrow my 44m will be here ???

**2 ответа**

King I'm telling you everything as it is

He has already paid them the deposit))

Okay it's not a problem

Selling to someone

What time tomorrow my 44m will be here ???

**2 ответа**

Evening

5-6 pm

Got u mom will pay u tomorrow or the next day and then we'll handle the last watch right after

No worries

+   iMessage

Exhibit 12 - 0043



19:18

BK

Sean

But please come measure my wrist
so tomorrow the watch will fit my
wrist

1 ответ

King I'm not worried about
payment. I just want to quickly
bring you that watch

Yessir

But please come measure my wrist so tomorrow
the watch will fit my wrist

they will still be there tomorrow
evening.

How to say King

It just broke my heart cuz I wanted
to
Wear all 3watches for the Justin
Bieber video
Shoot

But it's all good we will handle
these 2 first then

Exhibit 12 - 0044



19:18

BK

Sean >

Wear all 3 watches for the Justin
Bieber video
Shoot

But it's all good we will handle
these 2 first then

forgive me bro

I do papa it's not your fault

It's okay

But they won't give it to me

Jews

I know papa don't worry once
mama give u this 400k plus y can
go handle after

1 ответ

All good

I'll definitely bring them to you

or I need to send these watches
to Europe, they will sell them there
and bring the ones you need

Message

Exhibit 12 - 0045



I know papa don't worry once mama give u this 400k plus y can go handle after

1 ответ

All good

I'll definitely bring them to you

or I need to send these watches to Europe, they will sell them there and bring the ones you need

I know papa don't worry once mama give u this 400k plus y can go handle after

The watch can be delivered in 1 day

Exhibit 12 - 0046



Exhibit 12 - 0047



**19:19**

**BK**

Sean

Then you'll give it back

No brother it's investments remember

But the ones you liked, I can't agree with them

Agree King

Yeah don't stress yourself out brother soon as u get paid just send them the money for the last fellow frost ap

But bro please let this watch fit tomorrow

Links wise

44mm will be tomorrow 100000%

I know

I'm saying I hope the links fits my wrist size brother

OMG I really hope

Everything will be perfect brother

iMessage

Exhibit 12 - 0048



19:19

BK

Sean ›

Everything will be perfect brother

Ok 🤙🏾❤️

There is another side to the medal Bro. If I don't transfer money for these watches (Mile and AP) to partners you have no idea how this will all end. Or I'll come back with a watch. No one will work with me anymore. So I have a lot of responsibility. And I try to be just a normal person. And not like all the other hucksters.

King please think about it. I can Mile and AP send to Europe. They will be sold there in 2-3 days and they will immediately send me the watch you need

There's still time. We'll make it in time

King

I trusted u

please do the same

Please I won't let u down

+ iMessage

Exhibit 12 - 0049



Exhibit 12 - 0050



19:19

BK

Sean

I will never hurt u

I just want to make sure everything suits you

Bring my ap tomorrow and we'll close it out tomorrow mom and Ryan will pay u

They ordered the cash form Bank of America already

So no worries

Thank you Bro. But if you don't need them later, I'll sell them at a good price

Ok King. I all understand

Okay

Thank you so much 🙏 🙏 🖤 🖤

Love for life see u tomorrow

Birkin for your mama will be tomorrow too

Exhibit 12 - 0051



To easy!!!. You have my word this weekend that Justin will spend money with u

I'll owe you for the rest of my life



I swear to you

Many thanks King

As long as I live, I will owe you so much King

Then tomorrow ima call My camera guy so he can record u selling me the 2 watches and I will have my agency put it everywhere on YouTube !!!!! So you'll get lots and lots of promotions which is Great money for you

I got you watch this man

Thank you so much King

Thank u as well ... we will help each other in this Relationship



Exhibit 12 - 0052



19:20

**BK**

Sean

Thank u as well ... we will help each other in this Relationship

Чт, 14 марта, 04:56

Hey

I don't understand

Mom and Ryan are here ready to pay this guy and nothing ???

I was in the studio so I didn't even notice the time

But u told me he will be here today

How he's not ????

Of course he will be today

What time

5-6 pm

Ok

Exhibit 12 - 0053



19:20

**BK**

Sean

What time

5-6 pm

Ok

Got u

I was like huh???

We will measure the hand? Or we'll try on the watch right away?

I mean do u think it will fit ????

If so we don't need to measure

Yes

Ok so we're good

See u at 5

Or 6

Yes King

Sorry for my English

Lol 😂

Exhibit 12 - 0054

19:20

**BK**

Sean

Lol 😂

All good

💙

See u in a few hours

After 2 hours he picks up his bag Birkin and goes straight to the airport.

He took the watch yesterday.

Ok King. See you soon... Thank you so much King 🙏 🖤

Ok

See you in a few hours

Of course. Thank you so much

Hope you are great King

Внесены изменения

Yes brother

My chef is about to cook my breakfast 😂

\+    iMessage

Exhibit 12 - 0055



19:20

BK

Sean

My chef is about to cook my breakfast 🍳

GOD is the Greatest my bro

See u in a few hours

Perfect. See you a few hours King

Чт, 14 марта, 09:38

Hey King. How are you?
The watch fly, the Birkin doesn't.
I gave it to the store Hermes for
sale. The store manager did not
give it to my friend, he said that he
would only give it to me. I'm flying
to LA on Saturday. I'll pick up the
bag on Sunday and ship it straight
away via UPS.

That's fine king I wil tell her now..
just please when u go back don't
forget to send

1 ответ



+   ⊙ssage                                    🎤

Exhibit 12 - 0056



19:21

**BK**
**Sean**

LOS ANGELES     MIAMI
LAX ✈ MIA
GROUP   SEAT   STATUS    TERM   DEPARTS
5       9E     On Time   4      11:24 AM

The flight was postponed 1.5 hours later

My friend at the airport

The dealer on that watch cuts off my phone.

That's fine king I wil tell her now   just please when u go back don't forget to send

King You don't know me well! I am always responsible for my words.

Me to my brother

Our word as men is all we got man

All good so what time does he land ??..

What time does his plane arrive brother ?

Exhibit 12 - 0057



19:21

**BK**

Sean ›

King I didn't use the car yesterday and today. He's in the hotel parking. At 6 pm I leave for the airport and then to your place

Thank you so much Big Brother🙏🙏🙏🙏

Внесены изменения

Ok brother

Чт, 14 марта, 15:54

King!! I'm waiting for the plane to arrive. I'm taking the watch. What's next? Should I go to your house?

Yes 🙌

👌👌👌

Tomorrow at 7 am I will convey money for the watch AP 🌈 . I said that I already have the money. If I had said that there was no money, no one would have talked to me anymore.

Message

Exhibit 12 - 0058



**19:21**

**BK**

Sean ›

talked to me anymore.

Tomorrow they will send the watch right away

Ok wow

So the yellow ap will be here tomorrow ??!!!!!

If so that's perfect I'll just pay u the cash again in person soon as it arrives ?

Also what about my 44m royal oak tonight ???

It's 9pm now

5 min

I will be

King

I came

Пт, 15 марта, 00:44

Hey papa

I have an idea



Exhibit 12 - 0059

19:21

**BK**

Sean

Hey papa

I have an idea

Call me when u can asap ❤️ 🤟 ✌️

Пт, 15 марта, 09:01

Hi Big Brother 🦍

Write me your idea

I was thinking that maybe u let them know that they can hold on to this ap "the tourbillion" for collateral till the wire hits  it at least they can send the yellow watch now so I can have it for the music video my brother

I sent them a receipt.

pdf   **FILE_1499.pdf**
PDF-документ · 948 КБ

It's

Exhibit 12 - 0060



19:21

BK

Sean ›

**FILE_1499.pdf**
PDF-документ · 948 КБ

It's

They will send the watch to their man in LA

When I receive money into my account they can give it to me watch

Then I immediately transfer the money to them

But I have to confirm to them that the money is in my account

I wrote to the manager at the bank, they haven't seen this transfer yet

Got u

Makes sense

Say less my brother

+    iMessage

Exhibit 12 - 0061



19:21

BK

Sean

Say less my brother

Soon as it hits please send to them

Of course

As soon as the money arrives in the account. I'll let you know

Ok king

I'll go to the bank branch now

I'll give them this receipt. For them to give me confirmation

Thank you King

Love my brother

So Big Brother!
I was at the bank, they contacted the Wires department. This department reported that this receipt is a fake (this receipt is for 2021, incorrect links and code, as well as date). They also said that inside the country this transfer takes no more than 2-3 hours

Message



**19:22**

**BK**

Sean

Forgot. They also said that the person who changed this receipt made many mistakes

I'm sure you know all this yourself. Thank you King 👑

Wow wtf lol

Adding my mother mow

My King. Don't worry

Let's wait

Fuck them bankers

Let's wait Big Brother

Yeah they have no idea I'm Loki g at the account now

There stupid

Mom calling now

Don't worry my King

🙏 🙏 🙏 🖤 🖤 🖤

iMessage

Exhibit 12 - 0063



19:22

BK

Sean

🙏🙏🙏🖤🖤🖤

Пт, 15 марта, 13:55

The watch AP will be on Monday in LA

Внесены изменения

I will send you a video and photo of the watch and documents

I will have them for a few days, then I will need to send them to Dubai

What watch the yellow one ?

Will be in LA Monday ?

Yes

So why don't just bring me to for Justin Bieber video and I'll have mom give u the cash

So before the days are up the will have payment

They will come to another person, but I will take them away from him for a few days

Exhibit 12 - 0064



19:22

BK

Sean

Yes

So I will have mom just get cash for u

Please brother remember this is my dream watch

Yes I now Big Brother

Once u take it I'll just give u the cash so it's easier

As soon as I pick them up, I'll let you know.

Mom will text u now

Ok bro

No problem

Thank you King

My partner paid for them in full today. But if I don't sell them next week, he sells them to Dubai

Once I pick them up, I will have 3-4 days

+   iMessage

Exhibit 12 - 0065



19:22

**BK**

Sean

Once I pick them up, I will have 3-4 days

Perfect

I'll get from u as well

I been wanted that watch

So see u in a few days

They are yours King

Also u finally get to meet Justin in person

Done

See u this week

The documents on Mile will be on Tuesday

It's 100%

Perfect so u can bring to me as well

So I have for my records

As Ryan been asking me for it so that's good 👍

+   Message

Exhibit 12 - 0066



Exhibit 12 - 0067



19:22

BK

Sean ›

They ask me for money.

I say we need to bring them AP urgently

Let me take back the watch that I brought you yesterday

I'll tell him that you didn't like them, you decided to exchange them for those gold ones

That will be fine too

But I need to show them something. Money or watches. I'll say that you refused them

And you'll pay for the mile when I bring the documents

They'll go for it

I'll definitely pick them up on Monday. But I can't bring it, they will follow me everywhere. And if I bring either money or at least one watch, everything will be perfect

Brother I'm lost I don't mind giving this one for the yellow one mom sent the payment

iMessage

Exhibit 12 - 0068



**19:22**

**BK**

Sean

Brother I'm lost I don't mind giving this one for the yellow one mom sent the payment

But that's fine

Bring me the yellow and we'll swap

The once the money hit your account

You can just send me back whatever money that will left over

You can simply cancel the payment

I don't understand

Look

Tell him give u the yellow one

We'll give him back this one

And when the payment goes through

I trust u

You'll just send it back



Exhibit 12 - 0069



19:22

BK

Sean

You'll just send it back

But I don't want u in no trouble

So bring the other yellow one to
me and take this one back

> Bro, you have no idea what kind of
> people they are. I don't want him
> sitting in LA with me.

> We are have 2 options

> 1. I give him some of the money on
> Monday. He flies to Dubai and I fly
> to you

> 2. I will return yesterday's watch
> to him, he flies with it to Dubai and
> I fly to you. I'll tell you that you
> didn't like them

> If the money arrives before
> Monday, that's great. But if not, I
> won't be able to fly, that's 100%

> It will be better for everyone to
> receive money on Monday. But if
> not, what then?

> You have to understand that my
> hands are tied.

\+   Message

Exhibit 12 - 0070



19:22

**BK**

Sean .

You have to understand that my hands are tied.

I need him to fly and the hell fly back.

Okay all good 👍

And I will bring you a gold watch, a Birkin and documents at Mile

Внесены изменения

Moreover, the Mile remain with you

I told him that until you receive the documents we will not receive the money.

Monday mom will situate with bank

Love u brother we got it

And while you can still measure the payment, you need to do this

Ok Brother

No problem

+ Message 🎤

Exhibit 12 - 0071



19:23

**BK**

Sean >

And while you can still measure the payment, you need to do this

Ok Brother

No problem

King I can only bring them if he flies back. If he doesn't fly away he will sit with me 24/7.

If I don't fly to you please don't be offended

Thank you King 🙏🖤

🖤

I think you shouldn't have taken this watch, but only took that gold one.

It would be easier for me to come to an agreement with them

Ok King. I hope we see you next week. I'm leaving soon.

You're cool Man 🔥🔥🔥

Message

Exhibit 12 - 0072

19:23

BK

Sean

You're cool Man 🐸🐸🐸



He also brings these to LA

Wants to show someone

RM57-03 Red TPT
Limited 5
Brand New full set

Sick

So there is no way you can't just
bring him to my house with u and
we switch yesterdays watch For
the gold one !?????

Exhibit 12 - 0073

19:23

BK

Sean ›

I need him to fly out of LA

We are waiting for the money to arrive in the account and I will fly right away

Perfect

Sounds great to me

On the same day

See u this week

Ok 👌

Got it now

See you King

Yessir

✌️ 💯 💯

❤️‍🔥

Пн, 18 марта, 16:01

+   iMessage

Exhibit 12 - 0074



19:23

**BK**

Sean ›

Пн, 18 марта, 16:01

How are we looking?

Пн, 18 марта, 18:22

Are you okay my king ? I'm starting to get worried

Ср. 20 марта, 11:50

Hey

Brother Tell him to Cailm down everything's getting handled

Bro

I'm not home

He has so wait

U neee to tell him brother

Come on man.

Exhibit 12 - 0075

19:23

**BK**

Sean ›

Ср, 20 марта, 11:56

Hey

Brother Tell him to Cailm down everything's getting handled

Bro

I'm not home

He has so wait

U neee to tell him brother

Come on man.

Ср, 20 марта, 13:37

Brother

Trying to work it out but your not awnsering

I can't deal with a stranger

Ср, 27 марта, 13:43

My lawyer will be reaching out deformation of character 😂

U don't know the law I see

All good 👍

+     Message     🎤

Exhibit 12 - 0076



**19:23**

**BK**

Sean >

Listen to me
Tell your lawyer and don't forget to pay him . Soon you'll be talking to him through the bars asking him to defend you with the federal charges that your momma gave a fake bank receipt and you holding the watches that don't belong to you.
There are 3 cases already so the next step is the media and the news. You messed with wrong people

I have proof so said I can pay u when I get documents on mile ... also explained to u about my acct have a f hold on it to be patient

And now your doing all this when you called yourself "A Brother"

Ср, 27 марта, 17:10

So I just spoke to mark im stepping out of this . It's his watch and his property i tried to calm him down but didn't work . He doesn't want me to deal with you anymore. All further communication contact him directly via IG you already

+ Message

Exhibit 12 - 0077

19:23



Sean ›

And now your doing all this when
you called yourself "A Brother"

Ср, 27 марта, 17:10

So I just spoke to mark im
stepping out of this . It's his watch
and his property i tried to calm him
down but didn't work . He doesn't
want me to deal with you anymore.
All further communication contact
him directly via IG you already
spoke to him. The whole thing
is really fucked up and not right.
He's beyond devastated and he's
the one who'll handle it from now
on. So talk to him . He exclusively
wants to handle it through cops
and Feds
He gave you an opportunity to
return his watch few times but you
didn't . Now I'm in the middle and
I already ducked the relationship
with him because you're dishonest
and provided fake receipt of the
wire

Чт, 28 марта, 17:38

Please send his number

Пт, 29 марта, 11:20

+ 

Exhibit 12 - 0078