

Exhibit 13 - 0001



19:34

Mamy Sean Kingston

Hey brother

Good day Kings mamy

Внесены изменения

Please don't worry about bank I just go off the phone with them it was an ACH wire so it takes 2 to business days ask anyone.

1 ответ

So look son

I need you

Please don't worry about bank I just go off the phone with them it was an ACH wire so it takes 2 to business days ask anyone.

No problem

Sean has this big video shoot for his comeback single with justin beiber, the AP watch he just told me about I was gonna get for him from 2 different jewelers ...

He said u will have for couple days

+ iMessage



Exhibit 13 - 0003



Exhibit 13 - 0004