

**Sean Kingston:**

Mother please contact my brother now he says his people on his end said a lot about the transfer

Can u please contact him when u can please

Thank you 🙏



GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 14