## ANDRII NIKOLENKO

# INVOICE

Andrii Nikolenko

▮▮▮▮▮▮▮▮ ▮r

Beverly Hiils, CA

U.S.A.

323-532-7624

Adriangrey10@gmail.com

Attn: **Sean Kingston**
Miami

Project Description: watches sale

Invoice Number: 2024-03-13

Date: March 13, 2024

| Description | Cost, USD |
|---|---|
| **Richard Mile RM 11-02 Chronograph (skeleton, pink gold, titanium, 50x42.7 mm)** | $241,840 |
| **Audemars Piguet Royal Oak Tourbillon Chronograph REF: 26347TI.OO.1205TI.01 (skeleton, titanium, 44x13.2 mm)** | $238,160 |
| | |
| Total due, USD | **$480,000** |

**Thank you for your business.**

Name: Andrii Nikolenko
Account number: ▮▮▮▮▮▮▮
Wires: ▮▮▮▮▮▮
Bank name: Bank of America

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.   24-60126-CR-DSL

EXHIBIT NO.   15