18:04  

 Adv SafeBa...king - 0489   

TRN:XXXXXXXXXX329977 SEQ:XXXXXXXXXX521780/003 123 ORIG:ANDRII NIKOLENKO ID:AEXXXXXXXXXX0470 SND BK:W ELLS FARGO NY INTL ID:XXXXX5092 PMT DET:OWN FUNDS TRANSF/RFB/OWN FUNDS TRANSFER /ORDERRES/ AE//FIS/

| Feb 28, 2024 | -$126.65 |
| Online Banking payment to CRD 9872 Confirmation# XXXXX80729 | $246,950.53 |

| Feb 26, 2024 | -$400.00 |
| Online Banking payment to CRD 9872 Confirmation# XXXXX54742 | $247,077.18 |

| Feb 26, 2024 | $115,000.00 |
| Online Banking transfer from CHK 9701 Confirmation# XXXXX47343 | $247,477.18 |

| Feb 20, 2024 | -$340.00 |
| Online Banking payment to CRD 9872 Confirmation# XXXXX46921 | $132,477.18 |

| Feb 20, 2024 | -$150.00 |
| Zelle payment to Georgiy Barber LA for "Thank you Bro"; Conf# ps59zag1r | $132,817.18 |

| Feb 15, 2024 | -$2,329.68 |
| Online Banking payment to CRD | $132,967.18 |

Exhibit 17 - 0001

18:04

← Adv SafeBa...king - 0489

XXXXX48818

| | |
|---|---|
| Mar 11, 2024<br>Online Banking payment to CRD 9872 Confirmation# XXXXX76894 | -$3,000.00<br>$260,740.04 |
| Mar 11, 2024<br>Zelle payment to Olga English Teacher LA for "Nestor and Edhar"; Conf# xx3uqd6w3 | -$695.00<br>$263,740.04 |
| Mar 8, 2024<br>Zelle payment to Rent Office Hilla Group for "P"; Conf# t39xicg4o | -$175.00<br>$264,435.04 |
| Mar 6, 2024<br>BANK OF AMERICA VEHICLE LOAN Bill Payment | -$2,339.00<br>$264,610.04 |
| Mar 4, 2024<br>Preferred Rewards-Wire Fee Waiver of $15 | $0.00<br>$266,949.04 |
| Mar 4, 2024<br>eBay ComEPNNJHIQ DES:PAYMENTS ID:19MNA1MTICGNN2K INDN:Andrii Nikolenko CO ID:XXXXX98000 WEB | -$1.49<br>$266,949.04 |
| Mar 4, 2024<br>WIRE TYPE:WIRE IN DATE: 240304 TIME:0742 ET TRN:XXXXXXXXXX329977 SEQ:XXXXXXXXX521780/003 | $20,000.00<br>$266,950.53 |

Exhibit 17 - 0002



18:04 5G 46

Adv SafeBa...king - 0489 7

FUNDS TRANSFER

| | |
|---|---|
| Apr 1, 2024<br>Zelle payment to Georgiy Barber LA Conf# ukqzj657u | -$500.00<br>$255,552.09 |
| Mar 25, 2024<br>Online Banking payment to CRD 9872 Confirmation# XXXXX05998 | -$746.80<br>$256,052.09 |
| Mar 25, 2024<br>Online Banking payment to CRD 9872 Confirmation# XXXXX49759 | -$1,800.00<br>$256,798.89 |
| Mar 25, 2024<br>Zelle payment to CORINA BOSTAN Conf# smb9mfx9i | -$500.00<br>$258,598.89 |
| Mar 25, 2024<br>Zelle payment to Jylia Miami Conf# ui1ywhazc | -$1,000.00<br>$259,098.89 |
| Mar 25, 2024<br>Zelle payment from CROCUS GROUP LLC Conf# 99adg37s0 | $500.00<br>$260,098.89 |
| Mar 22, 2024<br>Online Banking payment to CRD 9872 Confirmation# XXXXX48818 | -$1,141.15<br>$259,598.89 |
| Mar 11, 2024<br>Online Banking payment to CRD 9872 Confirmation# XXXXX76894 | -$3,000.00<br>$260,740.04 |