2:33

5G 43

Cancel                                            Done

JS

Add Photo

Janice Turner

Sean Kingston's Mom

Company

phone >      +1 (954) 770-4578

add phone

add email

Ringtone    Default                              >

Text Tone   Default                              >

add url

AO386-C
GOVERNMENT
EXHIBIT

CASE
NO.       24-60126-CR-DSL

EXHIBIT
NO.            26