

Exhibit 27 - 0001



Exhibit 27 - 0002



Exhibit 27 - 0003



Exhibit 27 - 0004



Exhibit 27 - 0005



Exhibit 27 - 0006



Exhibit 27 - 0007