

Exhibit 28 - 0001



Exhibit 28 - 0002



Exhibit 28 - 0003



Exhibit 28 - 0004



Exhibit 28 - 0005

**Sean**

> Lol
>
> This one just came out this year

Sent it to him just now lol

Love yall man we locked in for life my brother

I won't let u down I promise I stand on doing great by great people

It's hard to find

Ya step pops sealed it bro

Love yall man see yall tomorrow at 4

> We had a great time hanging out with you all love brother
>
> My pops said the car guy sent you the info on the car it's 25k over list

Wtf

Ok

Steal deal

On it now

Exhibit 28 - 0006



Exhibit 28 - 0007



Exhibit 28 - 0008



Exhibit 28 - 0009

12:57

**Sean**

> Wifey found this lol

Owwoowowowowowowowowowow owowowowolwlwlwlwow

It was Destin my brother wow

Sending to my mom now

❤️❤️❤️

❤️🤞🏾

Tue, Oct 24 at 8:58 AM

Morning my brother ... biz manager has everything ready..to go, so soon as he gets in the office he will send wire out send me the screenshot and I'll forward to u.. he's on west coast time though he's based in Arizona so 6am there ..

> Morning brother thank you 🙏

▶ |||||···|||···|||···||| 02:22

> Thank you my bro many blessings and I definitely think we were meant

Exhibit 28 - 0010



Exhibit 28 - 0011



Exhibit 28 - 0012



12:57

Sean >

Hey Sean , I was texting your mom to see if I could stop by to pick up the watch tonight since I was still in the area and already made commitments for someone to pick the watch up from me early in the morning by miami. Can I come by you early in the morning tomorrow? You know I appreciate you guys but I have some other people relying on me to process their own transactions and still also need to get that watch polished.

Wed, Oct 25 at 9:57 AM

Good morning brother I need to pick up the rose gold Patek 5980 to take it to Miami to get polished and checked as soon as possible to fulfill your order tomorrow my guy was holding the spot for me and I need to take it with me. I can be by you at 1030 then rush to Miami.

Thu, Oct 26 at 7:31 PM

You called

Delivered

Wed, Nov 1 at 6:49 PM

Just spoke to Dennis



12:57

Sean

other people relying on me to process their own transactions and still also need to get that watch polished.

Wed, Oct 25 at 9:57 AM

Good morning brother I need to pick up the rose gold Patek 5980 to take it to Miami to get polished and checked as soon as possible to fulfill your order tomorrow my guy was holding the spot for me and I need to take it with me. I can be by you at 1030 then rush to Miami.

Thu, Oct 26 at 7:31 PM

You called

Delivered

Wed, Nov 1 at 6:49 PM

Just spoke to Dennis

It's getting handled as we speak please call

Tuesday 2:29 PM

I paid Dennis 200k

It's 85k left

Call me back asap