## Mazal Jewelers Inc.

# INVOICE

2974 Griffin Rd
Fort Lauderdale, FL 33312
Phone: 954-400-9300
Email: mazaljewelers@gmail.com

INVOICE # 10028
10/23/2023

**TO:**
Eyes Above Water LLC
2411 NW 138th Drive
Sunrise, FL 33323

**SHIP TO:**
Eyes Above Water LLC
2411 NW 138th Drive
Sunrise, FL 33323

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| | 10028 | | FEDEX | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Audemars Piguet Royal Oak Perpetual Calendar White Ceramic<br>Model: 26579CB<br>2021 with Box and Warranty Card | $285,000 | $285,000 |

| | | |
|---|---|---|
| SUBTOTAL | | $285,000 |
| SALES TAX | | |
| SHIPPING & HANDLING | | FREE |
| TOTAL DUE | | $285,000 |



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.   **24-60126-CR-DSL**

EXHIBIT NO.   **29**

Exhibit 29 - 0001

BENEFICIARY NAME: MAZAL JEWELERS INC

ADDRESS: 2974 GRIFFIN ROAD BOX 5 FORT LAUDERDALE, FL 33312

ACCOUNT NUMBER: █████████

ABA ROUTING/TRANSIT NUMBER: █████████

RECEIVING BRANCH ADDRESS: JPMORGAN CHASE NA 60 E 42ND ST. NEW YORK, NY 10165

FOR INTERNATIONAL TRANSFERS, CHASE SWIFT CODE: █████████

BANK ADDRESS: 270 PARK AVE. NEW YORK, NY 10017.

THANK YOU FOR YOUR BUSINESS!

2

Exhibit 29 - 0002