

Exhibit 34 - 0001



Exhibit 34 - 0002



Exhibit 34 - 0003



Exhibit 34 - 0004



9:44

Sean Kingston
Wed, Nov 22 at 6:36 PM

> If you have a moment, call me I have news

Wed, Nov 22 at 7:42 PM

Brother !!!!!!

> I got to the approval with your uncle with 50 K down. I need him to sign the doc you sign and run the card for another 30 K all that money will be given back to you when the ACH hits so this is just temporary.

Ronald is gonna sign documents send to his email on file that we gave you earlier..
My card can only do 10 thousand more today cuz I'm gonna use my personal acct since the biz one is blocked up... from the times we kept running it... u guys have a ACH on the way !!!!! 1000% and Ronald info for the finance.. so I don't see what's the rush rush we def gonna resolve this so please respect our time a bit please 🙏

Amazing

Only can do 10k for today maybe 15 max

Then we can do the rest right after thanksgiving

Exhibit 34 - 0005



**Sean Kingston**

> The rush is because the store closes in 10minutes. We were supposed to receive a wire and at 5pm your finance guy drops the bomb on us that he sent an ACH and the money is 4-5 days away.

> Im doing everything to salvage the situation man you know how I am

> I want to make everyone happy

Love u for that!!! U know these biz Manager be acting like it's there shit

Goofy!!.. 🤡 just told my mother on the phone Kebu and his financial team is getting Fired

But no worries he got approve

Well do the 15 tonight

Rest of the balance in couple days max max

And we'll pop champagne 🍾 I'll even come down to the dealer and give yall a crazy promo video just for the small dumb ass mishaps

> We can't get the approval done without the $50k that's what the bank is REQUIRING. It's not us, it's Ally bank. That's the only way we got it

Exhibit 34 - 0006



Exhibit 34 - 0007



Exhibit 34 - 0008



Exhibit 34 - 0009



Exhibit 34 - 0010