

Exhibit 35 - 0001



Exhibit 35 - 0002



Exhibit 35 - 0003



Exhibit 35 - 0004



Exhibit 35 - 0005



**Momma Kingston**

Thu, Nov 30 at 11:03 AM

> We aren't doing anything different than what was spoken about from the beginning that it was an ach and a Courtesy contract on the meantime with $50k down. But this was always a cash deal and we don't want to go into the legal battle of sending false wire / ACH documentation. Bad for Public perception.

Thu, Nov 30 at 12:43 PM

What? I just send over contract that was sign to our lawyer. Wire that was sent , insurance that was bought ... and 4 different conversation that was had..there is and was no false wire Ach documentation sent ! That's crazy accusation ! Will have our attorney handle from here. You said in my kitchen 90 percent of you guys deals are finance what's going on here? You ran two hard credit temporarily? Guys you said it was finance! We have the tex! Nothing said temporarily when you spoke to Shara for additional 30k.

> Do we have confirmation of wire?
>
> Just a reminder the wire cut off is in 20 mins

Exhibit 35 - 0006



Exhibit 35 - 0007