

**Client:**
Name: EYES ABOVE WATER LLC
Amount: 159,702.78
ACCOUNT: ▮▮▮▮▮▮▮▮
SWIFT: ▮▮▮▮▮▮▮▮

**Receiver:**
Name: OCEAN AUTO CENTER INC
ROUTING: ▮▮▮▮▮▮▮▮
ACCOUNT: ▮▮▮▮▮▮▮▮

**Order Information**
Confirmation Number: 465374694
Date: 11.21.2023
Status: Pending

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 37