

**BATCH DETAILS:**

Merchant ID: 9177202116654015 - OCEAN MAZDA

Batch #: 037  Report Date: 11/22/2023 Terminal Number: 78020508

| Trans Date | Trans Code | Terminal # | File Source | Card Type | Card # | Auth # | Trans Amount |
|---|---|---|---|---|---|---|---|
| 11/21/2023 | Sale | 78020508 | TSYS_9177 | VI | 481588xxxxxx4594 | 195051 | $20,000.00 |
| Report Total | | | | | | | $20,000.00 |

161190



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   24-60126-CR-DSL

EXHIBIT NO.   38

Exhibit 38 - 0001

4/8/24, 4:25 PM                                                about:blank

 4/8/2024 4:25 PM

OCEAN MAZDA NEW OPERATING ACCT
30000444511
**Amount:** $25,000.00
**Statement Description:** WIRE TRANSFER EYES ABOVE WATER LLC 02600959339FT03
**Posted Date:** 11/24/2023
**Type:** Credit
**Status:** Posted

Exhibit 38 - 0002

4/8/24, 4:26 PM                                                          about:blank

e          ⁔⁔ .r   4/8/2024 4:26 PM

OCEAN MAZDA NEW OPERATING ACCT
30000444511
**Amount:** $5,000.00
**Statement Description:** WIRE TRANSFER EYES ABOVE WATER LLC 02600959353FT03
**Posted Date:** 12/1/2023
**Type:** Credit
**Status:** Posted

about:blank                                                                              1/1

Exhibit 38 - 0003

4/8/24, 4:25 PM                                                              about:blank

ePartner 4/8/2024 4:25 PM

OCEAN MAZDA NEW OPERATING ACCT

30000444511

**Amount:** $25,000.00

**Statement Description:** WIRE TRANSFER EYES ABOVE WATER LLC 02600959342FT01

**Posted Date:** 12/15/2023

**Type:** Credit

**Status:** Posted

Exhibit 38 - 0004