

Exhibit 42 - 0001



**Client:**
Name: EYES ABOVE WATER LLC
Amount: 159,702.78
ACCOUNT: ████████
SWIFT: ████████

**Receiver:**
Name: OCEAN AUTO CENTER INC
ROUTING: ████████
ACCOUNT: ████████

**Order Information**
Confirmation Number: 465374694
Date: 11.21.2023
Status: Pending

Exhibit 42 - 0002