

Exhibit 45 - 0001



Exhibit 45 - 0002



Exhibit 45 - 0003



Exhibit 45 - 0004

To: ver ver entertainment llc

Exhibit 45 - 0005



### A payment is coming your way

Hi Ver Ver Entertainment LLC,

Eyes Above Water LLC has sent you a payment for $40,000.00 using Novo.

Funds should arrive in your BANK OF AMERICA, N.A. account ending in 4738 on 01/10/2024.

Message for you:

**Television Setup** .

Interested in joining more than 200,000 small businesses using Novo? Apply in minutes, and earn a $40 bonus for funding your account.

Experience powerfully simply business banking with no hidden fees, invoicing and budgeting tools, and easily connect to all of your business apps.

Get Started

Please let us know if you have any questions, our team is happy to help.

Cheers,

The Novo Team

Learn more at novo.co

Disclaimer: "Novo Platform Inc. ("Novo") is a fintech, not a bank. Banking services provided by Middlesex Federal Savings, F. A.; Member FDIC."

Exhibit 45 - 0006



## A payment is coming your way

Hi Ver Ver Entertainment LLC,

Eyes Above Water LLC has sent you a payment for $40,000.00 using Novo.

Funds should arrive in your BANK OF AMERICA, N.A. account ending in 4738 on 01/10/2024.

Message for you:

**Television Setup** .

Interested in joining more than 200,000 small businesses using Novo? Apply in minutes, and earn a $40 bonus for funding your account.

Experience powerfully simply business banking with no hidden fees, invoicing and budgeting tools, and easily connect to all of your business apps.

Get Started

Please let us know if you have any questions, our team is happy to help.

Cheers,

The Novo Team

Learn more at novo.co

Disclaimer: "Novo Platform Inc. ("Novo") is a fintech, not a bank. Banking services provided by Middlesex Federal Savings, F. A.; Member FDIC."

Exhibit 45 - 0007



## A payment is coming your way

Hi Ver Ver Entertainment LLC,

Eyes Above Water LLC has sent you a payment for $40,000.00 using Novo.

Funds should arrive in your BANK OF AMERICA, N.A. account ending in 4738 on 01/25/2024.

Message for you:

**Television Setup** .

Interested in joining more than 200,000 small businesses using Novo? Apply in minutes, and earn a **$40** bonus for funding your account.

Experience powerfully simply business banking with no hidden fees, invoicing and budgeting tools, and easily connect to all of your business apps.

**Get Started**

Please let us know if you have any questions, our team is happy to help.

Cheers,

The Novo Team

Learn more at novo.co

Disclaimer: "Novo Platform Inc. ("Novo") is a fintech, not a bank. Banking services provided by Middlesex Federal Savings, F. A.; Member FDIC."

Exhibit 45 - 0008