

**Mamakingston Bookings**

BENEFICIARY NAME: MAZAL
JEWELERS INC

ADDRESS: 2974 GRIFFIN ROAD
BOX 5 FORT LAUDERDALE, FL
33312

ACCOUNT NUMBER: ▆▆▆▆
ABA ROUTING/TRANSIT NUMBER:
▆▆▆▆

10/24/2023 8:16:22 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

Ok

10/24/2023 8:22:42 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Can you do this reciept so I can have
them leave me the Fuck alone

10/24/2023 9:55:51 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

What's the amount

10/24/2023 9:56:18 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Do Bank of America

10/24/2023 9:56:30 PM(UTC+0)

AC386-C
GOVERNMENT
EXHIBIT

CASE NO.   24-60126-CR-DSL

EXHIBIT NO.   46

Exhibit 46 - 0001



**Mamakingston Bookings**

Do Bank of America

10/24/2023 9:56:30 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

Your phone going in and out

10/24/2023 9:57:29 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

285k it's my people just to shut him up

10/24/2023 9:57:59 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Use Bank of America

10/24/2023 9:58:08 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Not first republic

10/24/2023 9:58:20 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Do ach.

10/24/2023 9:58:25 PM(UTC+0)

Sources (1)

Exhibit 46 - 0002



**Mamakingston Bookings**

Do ach.

10/24/2023 9:58:25 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

Ok

10/24/2023 9:58:26 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

WireBoa (1).pdf
application/pdf
~/Library/SMS/Attachmen...
https://p30-content.icloud...

10/25/2023 1:45:21 AM(UTC+0)

Sources (2)

**Mark Mosquera Business Account**

Did he accept the letter

10/25/2023 8:55:29 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Yes girl running arount

10/25/2023 9:55:15 PM(UTC+0)

Sources (1)

Exhibit 46 - 0003



Mark Mosquera Business Account
Did he accept the letter
10/25/2023 8:55:29 PM(UTC+0)

Sources (1)

Mamakingston Bookings
Yes girl running arount
10/25/2023 9:55:15 PM(UTC+0)

Sources (1)

Mamakingston Bookings
The reciept nahhhh lol
10/25/2023 9:55:26 PM(UTC+0)

Sources (1)

Mark Mosquera Business Account
Good
10/25/2023 9:55:29 PM(UTC+0)

Sources (1)

Mamakingston Bookings
Call in a few
10/25/2023 9:55:31 PM(UTC+0)

Sources (1)

Mark Mosquera Business Account
Laughed at "The reciept nahhhh lol"
10/25/2023 9:55:34 PM(UTC+0)

Sources (1)

Exhibit 46 - 0004



**Bank Of America**

**Client:**

Name: EYES ABOVE WATER LLC

Amount: 285,000 USD

Account: ██████████

Routing : ██████████

**Receiver:**

Name: MAZAL JEWELERS INC

Routing/ABA Number : ██████████

Account Number : ██████████

CHASE SWIFT CODE: ██████████

**Order Information :**

Order Number: 86728385539

Date: 10.25.2023

Status :**Pending**

**Execution Type: ACH**

Exhibit 46 - 0005