

**Mamakingston Bookings**
Todays date and use Bank of America template cause they got first republic

INV#3_EAW_4_18_23.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p60-content.icloud...

6/1/2023 2:03:12 PM(UTC+0)

Sources (2)

**Mark Mosquera Business Account**
Got a

6/1/2023 2:15:24 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**
It

6/1/2023 2:15:26 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**
Do u know when? Cause I have the other one as well

6/1/2023 4:52:51 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**
Ready

6/1/2023 4:56:52 PM(UTC+0)

Sources (1)

GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 49A

# INVOICE
EAW23

**California Entertainer Coach Leasing**
7142 Mohawk St
San Diego, CA 92115

DATE: 4/18/23

**Eyes Above Water, LLC**
7119 W Sunset Blvd. Ste 588
Los Angeles, CA 90046

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 14 Days | Bus Lease w/ Driver & Services Payment #3 **(Sean Kingston)** <br> Due on or before 6/1/23 <br><br> Bus Lease w/ Driver & Services (6/11/23-6/24/23) | | $25,451.58 |
| | SUBTOTAL | | $25,451.58 |
| | 4% CREDIT CARD TRANSACTION FEE | | |
| | TOTAL | | $25,451.58 |

Thank you

Account Name:  California Entertainer Coach Leasing, Inc.
Bank ABA routing number: 
Checking Account Number:
Account Address:  7142 Mohawk St. San Diego, CA 92115

Bank Name:  First Republic Bank
Bank Address:  1110 Camino Del Mar, Del Mar, CA 92014
Bank Telephone:  (858)755-5600







# Bank Of America

**Client:**

Name EYES ABOVE WATER LLC

Amount: 25,451.58 USD

IBAN: ▮▮▮▮▮▮▮▮▮

BIC/BLZ ▮▮▮▮▮▮▮▮▮

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

BWR: ▮▮▮▮▮▮▮▮▮

IBAN: ▮▮▮▮▮▮▮▮▮

**Order Information :**

Order Number: 852955457

Date: 06.01.2023

Status : **Pending**

**Execution Type: ACH**