

**Client:**

Name EYES ABOVE WATER LLC

Amount: 50,000.00 USD

ABA: ▊▊▊▊

BIC/BLZ: ▊▊▊▊▊

**Receiver:**

Name: STEVEN YOUNG

ABA: ▊▊▊▊

IBAN: ▊▊▊▊

**Order Information**

Confirmation Number: 476348749

Date: 04.26.2023

Status: Pending

Execution Type: ACH



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 24-60126-CR-DSL

EXHIBIT NO. 52

Exhibit 52 - 0001



**Client:**

Name EYES ABOVE WATER LLC

Amount: 17,200.00 USD

ABA: ███████

BIC/BLZ: ██████████

**Receiver:**

Name: STEVEN YOUNG

ABA: 7████████

IBAN: ████████

**Order Information**

Confirmation Number: 7362828132

Date: 04.15.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0002



**Client:**

Name EYES ABOVE WATER LLC

Amount: 17,200.00 USD

ABA: ▮▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮

**Receiver:**

Name: AANDRE WRIGHT

ABA: ▮▮▮▮▮▮4

IBAN: ▮▮▮▮▮▮

**Order Information**

Confirmation Number: 8393617739

Date: 05.15.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0003



**Client:**
Name: EYES ABOVE WATER  LLC
Amount: 6,200.00
ABA: ███████
BIC/BLZ: █████████

**Receiver:**
Name:  LERONZA ELECTRONICS TRADING LLC
ABA: ██████████
IBAN: ██████████████████
SWIFT CODE: █████████

**Order Information**
Confirmation Number: 46587692456
Date: 12.21.2023
Status: Pending

Exhibit 52 - 0004



**Client:**

Name: EYES ABOVE WATER  LLC

Amount: 306,840.00

ABA: ████████

BIC/BLZ: ██████████

**Receiver:**

Name:  ROYALTY MOTORS INC

ABA: ████████

IBAN: ████████

**Order Information**

Confirmation Number: 46587696854

Date: 2.2.2024

Status: Pending

Exhibit 52 - 0005



**Client:**

Name: EYES ABOVE WATER  LLC

Amount: 47,000.00

ABA: ▮▮▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮▮

**Receiver:**

Name:  3 KICKS SHOE TRADING LLC

ABA: ▮▮▮▮▮▮

IBAN: ▮▮▮▮▮▮▮▮▮▮▮▮

SWIFT CODE: ▮▮▮▮▮▮▮

**Order Information**

Confirmation Number: 46587692436

Date: 12.22.2023

Status: Pending

Exhibit 52 - 0006

**Client:**
Name: EYES ABOVE WATER  LLC
Amount: 32,400.00
ABA: ██████████
BIC/BLZ: ████████████

**Receiver:**
Name: 4610SWR LLC
ABA: ██████████
ACCOUNT NUMBER: ██████████

**Order Information**
Confirmation Number: 2498076854
Date: 02.07.2024
Status: Pending

Exhibit 52 - 0007

**Client:**

Name: EYES ABOVE WATER  LLC

Amount: 69,00.00

ABA: ████████

BIC/BLZ: FRB████████

**Receiver:**

Name: BO COATES

ABA: ████████

ACCOUNT NUMBER: ████████

**Order Information**

Confirmation Number: 24987696854

Date: 02.07.2024

Status: Pending

Exhibit 52 - 0008

**Client:**

Name: EYES ABOVE WATER  LLC

Amount: 69,000.00

ABA: ▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮

**Receiver:**

Name: BO COATES

ABA: ▮▮▮▮▮

IBAN: ▮▮▮▮▮

**Order Information**

Confirmation Number: 24987696854

Date: 2.7.2024

Status: Pending

Exhibit 52 - 0009

**Client:**
Name: EYES ABOVE WATER  LLC
Amount: 32,400.00
ABA: ████████
BIC/BLZ: ███████████

**Receiver:**
Name: 4610SWR LLC
ABA: ████████
ACCOUNT NUMBER: ████████

**Order Information**
Confirmation Number: 2498076854
Date: 02.08.2024
Status: Pending

Exhibit 52 - 0010

**Client:**

Name: EYES ABOVE WATER  LLC

Amount: 32,400.00

ABA: ██████████

BIC/BLZ: ████████████

**Receiver:**

Name: 4610SWR LLC

ABA: ████████

ACCOUNT NUMBER: ██████

**Order Information**

Confirmation Number: 2498201771

Date: 02.08.2024

Status: Pending

Exhibit 52 - 0011



**Client:**

Name: EYES ABOVE WATER  LLC

Amount: 32,400.00

ACCOUNT: ▐▋▋▋▋▋

SWIFT: ▐▋▋▋▋▋

**Receiver:**

Name: 4610SWR LLC

ROUTING: ▐▋▋▋▋

ACCOUNT: ▐▋▋▋

**Order Information**

Confirmation Number: 46537469405

Date: 02.08.2023

Status: Pending

Exhibit 52 - 0012

**Client:**

Name: EYES ABOVE WATER LLC

Amount: 40,000.00

ABA: ▮▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮

**Receiver:**

Name: MARLE SANDS

ABA: ▮▮▮▮▮▮

ACCOUNT: ▮▮▮▮▮▮▮

**Order Information**

Confirmation Number: 24982067523

Date: 02.08.2024

Status: Pending

Exhibit 52 - 0013



**Client:**

Name EYES ABOVE WATER LLC

Amount: 25,000.00 USD

ABA: ▮▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮▮

**Receiver:**

Name: Atlantic Coast Mgt

Account Number: ▮▮▮▮▮▮▮

SWIFT CODE: ▮▮▮▮▮▮▮

**Order Information**

Confirmation Number: 35839936701

Date: 08.10.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0014



**Client:**
Name EYES ABOVE WATER LLC
Amount: 25,000.00 USD
ABA: ███████
BIC/BLZ: █████████

**Receiver:**
Name: Atlantic Coast Mgt
Account Number: ████████
SWIFT CODE: █████████

**Order Information**
Confirmation Number: 35839936701
Date: 08.10.2023
Status: Pending
Execution Type: ACH

Exhibit 52 - 0015



**Client:**

Name EYES ABOVE WATER LLC

Amount: 9,000.00 USD

ABA: ███████

BIC/BLZ: █████████

**Receiver:**

Name: Rockstar Jewelers

Account Number: ██████████

SWIFT CODE: ████████

**Order Information**

Confirmation Number: 27374928266

Date: 08.11.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0016



**Client:**

Name EYES ABOVE WATER LLC

Amount: 47,000.00 USD

ABA: ███████

BIC/BLZ: FRB███████

**Receiver:**

Name: APPROVED JETS LLC

ABA: ███████

IBAN: 11███████

SWIFT/BIC: B███████

**Order Information**

Confirmation Number: 83948365212

Date: 08.24.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0017



**Client:**
Name EYES ABOVE WATER LLC
Amount: 47,000.00 USD
ABA: ▮▮▮▮▮▮
BIC/BLZ: ▮▮▮▮▮▮▮

**Receiver:**
Name: APPROVED JETS LLC
ABA: ▮▮▮▮▮▮
IBAN: ▮▮▮▮▮▮▮▮
SWIFT/BIC: ▮▮▮▮▮▮▮

**Order Information**
Confirmation Number: 82946639277
Date: 08.25.2023
Status: Pending
Execution Type: WIRE

Same Day Wire on Funds

Exhibit 52 - 0018



**Client:**

Name EYES ABOVE WATER LLC

Amount: 150,000.00 USD

ABA: ▮▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮▮

**Receiver:**

Name: ALAN AND CO JEWELERS LLC

ABA: ▮▮▮▮▮▮

IBAN: ▮▮▮▮▮▮▮▮

SWIFT/BIC: ▮▮▮▮▮▮

**Order Information**

Confirmation Number: 81839423766

Date: 08.25.2023

Status: Pending

Execution Type: WIRE

Same Day Wire on Funds

Exhibit 52 - 0019



**Client:**

Name EYES ABOVE WATER LLC

Amount: 18,000.00 USD

ABA:

BIC/BLZ:

**Receiver:**

Name: THE BUFF STORE

Account Number:

SWIFT CODE:

**Order Information**

Confirmation Number: 28293662092

Date: 08.31.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0020



**Client:**

Name EYES ABOVE WATER LLC

Amount: 5332.00 USD

ABA: █████████

BIC/BLZ: █████████████

**Receiver:**

Name: ROBERT A PENA T/A CONSCIOUS EYE DESIGNS

Account Number: █████████████

SWIFT CODE: █████████

**Order Information**

Confirmation Number: 85347793233

Date: 09.12.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0021



**Client:**

Name EYES ABOVE WATER LLC

Amount: 10,000.00 USD

ABA: ███████

BIC/BLZ: ██████████

**Receiver:**

Name**: Mary Christine Brown**

Account Number: ████████████

BAN: ████████

**Order Information**

Confirmation Number: 85347798755

Date: 10.10.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0022



**Client:**

Name EYES ABOVE WATER LLC

Amount: 20,000.00 USD

ABA: ███████

BIC/BLZ: █████████

**Receiver:**

Name: BONDIO LLC

ABA: ████████

IBAN: ███████

**Order Information**

Confirmation Number: 67493609832

Date: 05.25.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0023



**Client:**

Name EYES ABOVE WATER LLC

Amount: 53,000.00 USD

ABA: ▮▮▮▮▮▮

BIC/BLZ: ▮▮▮▮▮▮▮

**Receiver:**

Name: STEVEN YOUNG

ABA: ▮▮▮▮▮▮

IBAN: ▮▮▮▮▮▮

**Order Information**

Confirmation Number: 67493609832

Date: 05.16.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0024



**Client:**

Name EYES ABOVE WATER LLC

Amount: 10,155.00 USD

ABA: ▉▉▉▉▉▉

BIC/BLZ: ▉▉▉▉▉▉▉▉

**Receiver:**

Name: ROBERT A PENA T/A CONSCIOUS EYE DESIGNS

Account Number: ▉▉▉ ▉▉▉▉▉

SWIFT CODE: ▉▉▉▉▉▉▉

**Order Information**

Confirmation Number: 67496499174

Date: 06.01.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0025



**Client:**

Name Royal People Inc

Amount: 275,000.00

IBAN: ███████████

ABA: █████████

BIC/BLZ: ██████████

**Receiver:**

Name: Blue Sky Event Hall FZ-LLC

IBAN: ████████████████

ACCOUNT: █████████

BIC/BLZ: █████████

**Order Information**

Confirmation Number: 83966392129

Date: 11.21.2023

Status: Pending

Execution Type: ACH

Exhibit 52 - 0026



**Bank Of America** BANK OF AMERICA

**Client:**
Name EYES ABOVE WATER LLC

Amount: 25,451.58 USD

Account: ▮

Routing: ▮

**Receiver:**
Name: CALIFORNIA ENTERTAINER COACH LEASING
Routing Number : ▮
Account Number : ▮

**Order Information :**
Order Number: 852955457
Date: 06.01.2023
Status :**Pending**
**Execution Type: ACH**

Exhibit 52 - 0027



**Client:**

Name EYES ABOVE WATER LLC

 Amount: 7,271.89 USD

Account: ███████████

Routing : ███████████

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

Routing Number : ███████████

 Account Number : ███████████

 **Order Information :**

Order Number: 867498821

Date: 06.29.2023

Status :**Pending**

**Execution Type: ACH**

Exhibit 52 - 0028



**Client:**

Name EYES ABOVE WATER LLC

 Amount: 7,271.89 USD

Account: ███████████

Routing :███████████

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

Routing Number : ███████████

 Account Number :███████████

 **Order Information :**

Order Number: 867574883

Date: 06.29.2023

Status :**Pending**

**Execution Type: ACH**

Exhibit 52 - 0029



**Bank Of America**

**Client:**

Name EYES ABOVE WATER LLC

Amount: 25,451.58 USD

Account: ▮▮▮▮▮▮▮▮

Routing : ▮▮▮▮▮▮

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

Routing Number : ▮▮▮▮▮▮

Account Number : ▮▮▮▮▮▮

**Order Information :**

Order Number: 873992516

Date: 06.14.2023

Status : **Pending**

**Execution Type: ACH**

Exhibit 52 - 0030



**Client:**

Name EYES ABOVE WATER LLC

Amount: 7,271.89 USD

Account: ███████████

Routing :███████████

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

Routing Number : ███████████

Account Number :███████████

**Order Information :**

Order Number: 867498821

Date: 07.06.2023

Status :**Pending**

**Execution Type: ACH**

Exhibit 52 - 0031



**Client:**

Name EYES ABOVE WATER LLC

Amount: 25,451.58 USD

IBAN: ▉▉▉▉▉▉▉▉

BIC/BLZ ▉▉▉▉▉▉▉▉


**Receiver:**
Name: CALIFORNIA ENTERTAINER COACH LEASING
Routing Number : ▉▉▉▉▉▉▉
Account Number : ▉▉▉▉▉▉▉
**Order Information :**
Order Number: 852955457
Date: 06.01.2023
Status :**Pending**
**Execution Type: ACH**

Exhibit 52 - 0032



**Client:**

Name EYES ABOVE WATER LLC

 Amount: 25,451.58 USD

IBAN: █████████

BIC/BLZ ███████████

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

BWR: ████████

 IBAN: █████████

 **Order Information :**

Order Number: 852955457

Date: 06.01.2023

Status :**Pending**

**Execution Type: ACH**

Exhibit 52 - 0033