**Mamakingston Bookings** (owner)
+19547704578

 **CEO King** JM 👑
+13103306699

 **Seanking**
+18633037836



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 54