UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
    a/k/a/ Sean Kingston

                Defendants.
_____/

**GOVERNMENT EXHIBIT**
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 55

## STIPULATION

The Defendants, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON, a/k/a/ Sean Kingston, hereby stipulate and agree to the following facts:

On October 24, 2023, a false Bank of America wire transfer receipt in the amount of $285,000 was transmitted via text message in interstate commerce from wireless phone number 954-770-4578 to wireless phone number 954-400-9300;

On November 21, 2023, a false First Republic Bank wire transfer receipt in the amount of $159,702.78 was transmitted via text message in interstate commerce from wireless phone number 863-303-7836 to wireless phone number 786-702-6969;

On January 15, 2024, a false Novo payment confirmation receipt in the amount of $40,000 was transmitted via text message in interstate commerce from wireless phone number 310-330-6699 to wireless phone number 386-344-8426;

On March 14, 2024, a false Bank of America wire transfer receipt in the amount of $480,000 was transmitted via text message in interstate commerce from wireless phone number 954-770-4578 to wireless phone number 323-532-7624.

Date: 3/27/25          By: _____
                                MARC S. ANTON
                                ASSISTANT U. S. ATTORNEY

Date: 3/27/25          By: _____
                                TREVOR JONES
                                ASSISTANT U. S. ATTORNEY

Date: 3/27/2025    By: _____
                       HUMBERTO DOMINGUEZ, ESQ.
                       ATTORNEY FOR DEFENDANT

Date: 03/27/2025   By: _____
                       JANICE ELEANOR TURNER
                       DEFENDANT

Date: 3/27/2025    By: _____
                       ROBERT A. ROSENBLATT, ESQ.
                       ATTORNEY FOR DEFENDANT

Date: 3/27/2025    By: _____
                       ZELJKA BOZANIC, ESQ.
                       ATTORNEY FOR DEFENDANT

Date: 03/27/2025   By: _____
                       KISEAN PAUL ANDERSON
                       DEFENDANT