

**Dada:** Mama I won't go into that today. Happy New Year and I love you.
1/2/2024 1:48:35 AM(UTC+0)

**Dada:** Mama, I am really disappointed with how you and Sean are handling this situation. You told me 3 days and it's about to be 3 months. The deadline for me to receive the money that I lent is a week from Monday. Which is February 26, 2024. I still love both of you, but this can't go past that date
2/16/2024 10:58:33 PM(UTC+0)

**Mamakingston Bookings:** Dada I definately will have it March ends. Sean is booked solid from March to end of year. Everything that sean or myself have got is from his show. No shows January and February and as I told you my account have been compromise. Sorry you feel that way but I am a loyal
2/18/2024 2:29:44 AM(UTC+0)



GOVERNMENT EXHIBIT
CASE NO. 24-CR-60126-DSL
EXHIBIT NO. 56



**Dada:** Mama I won't go into that today. Happy New Year and I love you.
1/2/2024 1:48:35 AM(UTC+0)

**Dada:** handling this situation. You told me 3 days and it's about to be 3 months. The deadline for me to receive the money that I lent is a week from Monday. Which is February 26, 2024. I still love both of you, but this can't go past that date. Pls understand the urgency of this text, thanks.
2/16/2024 10:58:33 PM(UTC+0)

Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ♥🙏 I love you sooooo much 🙏♥
2/18/2024 2:29:44 AM(UTC+0)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real 🩷🙏 I love you sooooo much🙏🩷

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

Pls don't use a pub deal that I'm trying to get you as a method for you pay me back the money owed. Those are 2 different things and not what our agreement was. There's a good chance that if there wasn't something weird happening with the energy or something else in the air the

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ♥🙏 I love you sooooo much🙏♥

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

happening with the energy of something else in the air the Warner deal would have happened. I have a track record of doing deals with them so it made no logical sense other than people hating I guess and it's not my people doing it. I could close another pub deal and I already had another 2 big

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ♥🙏 I love you sooooo much🙏♥

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

and I already had another 2 big interest, but it takes a lot from me and I'm not really feeling how things are going with you guys not honoring what you promised me, so to be fully transparent my mind isn't there right now. Sean has been doing shows domestic and overseas and hasn't paid me anything

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ♥🙏 I love you sooooo much🙏♥

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

and hasn't paid me anything. That is unacceptable and as far as the bank account goes, If you knew like you said you did that the irs was owed money then you should have made me aware of that factor before asking me to lend that kind of money. I wasn't told because I wouldn't have done it knowing

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ♥🙏 I love you sooooo much🙏♥

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

money. I wasn't told because I wouldn't have done it knowing that and you didn't care to be transparent with me. That's not acceptable and I'm feeling like I'm not being dealt with properly. I need it back and waiting a month and 1/2 isn't gonna work. I need this handled a week from Monday.

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)





Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ❤️🙏 I love you sooooo much 🙏❤️

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

My relationship with him could not withstand another lie. Mama I love you and I'm trying my best not to look at this as a disrespect or get to an unrepairable point, but you have to fix this. You know how much things I've been dealing with and some of the things that I've been going through.

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real 🙏🏾 I love you sooooo much 🙏🏾❤️

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

that I've been going through. I'm really scratching my head like how... but I guess a mothers love knows no limits. I get it Mama, but that's not how you handle real ones that really had your back and you already know this. This ain't no business transaction, this was me helping you protect you

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)



Mamakingston Bookings account have been compromise. Sorry you feel that way but I am a loyal soldier and I promise you will have before 31 st of March. That's realistic. We thought we would have a pub deal by now but like I said everything is from his shows that's real ❤️🙏 I love you sooooo much🙏❤️

2/18/2024 2:29:44 AM(UTC+0)

Sources (1)



Dada

get it Mama, but that's not how you handle real ones that really had your back and you already know this. This ain't no business transaction, this was me helping you protect you son from going to jail. Mama I truly love you, but a week from tomorrow is the deadline. Pls rectify this.

2/18/2024 3:08:50 AM(UTC+0)

Sources (1)