UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:24-CR-60126

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
v.                          )
                            )
JANICE ELEANOR TURNER       )
                            )
        Defendant.          )

**DEFENDANT JANICE ELEANOR TURNER'S
UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the parties, by and through undersigned counsel, on behalf of the Defendant JANICE ELEANOR TURNER, and hereby files this Unopposed Motion to Continue the Sentencing hearing and in support states as follows:

1. On July 11, 2024, a grand jury returned an Indictment against the Defendant.

2. On March 11, 2025, a grand jury returned a Superseding Indictment against the Defendant.

3. On March 28, 2025, a jury returned a verdict of guilty against the Defendant.

4. Ms. Turner's sentencing hearing is currently set on July 11, 2025, at 9:00 am.

5. Undersigned counsel is respectfully requesting a continuance, as counsel will be unavailable from July 10 through July 12, 2025, to attend the 2025 Federal Public Defender and Criminal Justice Act Training and Conference in Bonita Springs, Florida.

6. Assistant United States Attorney Mark Anton does not oppose this motion.

7. United States Probation Officer Elizabeth Robbert does not oppose this motion.

Respectfully submitted,
HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez

## **CONCLUSION**

WHEREFORE, the Defendant, JANICE ELEANOR TURNER, by and through her undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

    Respectfully submitted,

    HUMBERTO R. DOMINGUEZ, P.A.

    By: /s/ Humberto R. Dominguez
    Humberto R. Dominguez
    Florida Bar No.: 837903
    9100 S. Dadeland Boulevard
    Suite 1500
    Miami, Florida 33156
    Telephone: (305) 373-6400
    E-Mail: Bert@hdominguezlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on June 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

                Respectfully submitted,

                HUMBERTO R. DOMINGUEZ, P.A.

                By: /s/ Humberto R. Dominguez
                Humberto R. Dominguez
                Florida Bar No.: 837903
                9100 South Dadeland Boulevard
                Suite 1500
                Miami, Florida 33156
                Telephone: (305) 373-6400
                E-Mail: Bert@hdominguezlaw.com