# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

Case No. 0:24-CR-60126

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **MOTION TO FILE UNDER SEAL** |
| JANICE ELEANOR TURNER ) | |
| Defendant. ) | |

COMES NOW, the Defendant, JANICE ELEANOR TURNER, by and through her undersigned counsel, and respectfully files this Motion to File Under Seal in accordance with Local Rule 5.4, and in support states as follows:

1. Undersigned counsel respectfully requests leave to file the Motion for Downward Departure and its attachment, under seal.

2. These documents contain Protected Health Information that is not subject to public disclosure and is protected under federal and state laws.

3. Undersigned counsel requests that the referenced documents be sealed to protect the privacy rights and personal information of the Defendant for a

duration of time as this Honorable Court deems necessary, but for a time not less than the Defendant's natural life.

## **CONCLUSION**

WHEREFORE, the Defendant, JANICE ELEANOR TURNER, by and through her undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

    Respectfully submitted,

    HUMBERTO R. DOMINGUEZ, P.A.

    By: /s/ Humberto R. Dominguez
    Humberto R. Dominguez
    Florida Bar No.: 837903
    9100 S. Dadeland Boulevard
    Suite 1500
    Miami, Florida 33156
    Telephone: (305) 373-6400
    E-Mail: Bert@hdominguezlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on July 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone: (305) 373-6400
E-Mail: Bert@hdominguezlaw.com