UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JANICE ELEANOR TURNER,**

    Defendant.

_____/

### ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS CAUSE came before the Court on the Defendant's Motion to File under Seal [ECF No. 131]. Having reviewed the Motion, for the reasons stated therein, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. <u>To the extent the Motion reveals personal and protected health information</u>, the Defendant is permitted to file the Motion for Downward Departure and its attachment under seal.

**DONE AND ORDERED** in the Southern District of Florida on July 10, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record