UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:24-CR-60126

UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　)
Plaintiff,  )
　　　　　　　　　　　　　　)
v.  )
　　　　　　　　　　　　　　)
JANICE ELEANOR TURNER  )
　　　　　　　　　　　　　　)
Defendant.  )

**DEFENDANT JANICE ELEANOR TURNER'S
RESPONSE TO GOVERNMENT'S OBJECTIONS TO
PRESENTENCE INVESTIGATION REPORT**

COMES NOW, by and through undersigned counsel, on behalf of the Defendant JANICE ELEANOR TURNER, and hereby responds to the Government's Objections to the Presentence Investigation Report and states as follows:

**ARGUMENT**

The government seeks an enhancement for obstruction of justice under §3C1.1. The government clearly seeks to punish Turner for exercising her right to testify. The government does not state a single item in Turner's testimony which was false.

Incredibly, the government fails to point out to this Court how many times during Mr. Anton's closing argument that he pointed out that Turner had admitted to the conduct.

In Mr. Aton's closing argument, he states ". . . Janice Turner, who's sending all these fake receipts and making all these fake receipts to protect [Anderson] as she testified so valiantly?'. Tr. Of Closing Arg., 19:7-9, ECF No. 150.

Mr. Aton then states, "The defendant herself, Janice Turner, said I sent these fraudulent texts to make them believe they got paid so I could buy this time, and that's a crime." *Id* at 24:16-18. Once again, Mr. Anton points out how Turner admitted to the offense.

On page thirteen, in reference to Turner's testimony, Mr. Aton states that "[t]hey even admitted they're fake receipts". *Id*. at 13:1-2. Perhaps the most telling of the government's intent was when Mr. Anton states "[w]e know it's a false wire because the defendants admitted that it was a false wire. Even after you've heard from the defendant's own mouth, Janice Turner, she knowingly sent this false wire to get these people and to get him off her back." *Id*. at 18:19-23.

Clearly, the testimony by Turner, to her own detriment, was truthful. If anything, she accepted responsibility for the false wires.

3

In relation to the government's objection under §2B1.1(b)(2)(A)(i), for more than ten victims, undersigned counsel addressed this matter in Defendant's Turner's Objections to the Presentence Investigation Report. *See* ECF No. 126.

## **CONCLUSION**

WHEREFORE, the Defendant, JANICE ELEANOR TURNER, by and through her undersigned counsel prays this Honorable Court overrule the government's objections.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
9100 S. Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone: (305) 373-6400
E-Mail: Bert@hdominguezlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

                Respectfully submitted,

                HUMBERTO R. DOMINGUEZ, P.A.

                By: /s/ Humberto R. Dominguez
                Humberto R. Dominguez
                Florida Bar No.: 837903
                9100 South Dadeland Boulevard
                Suite 1500
                Miami, Florida 33156
                Telephone: (305) 373-6400
                E-Mail: Bert@hdominguezlaw.com