# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION

Case No. 0:24-CR-60126

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JANICE ELEANOR TURNER | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING OF CHARACTER LETTERS IN SUPPORT OF SENTENCING

COMES NOW, the Defendant, JANICE ELEANOR TURNER, by and through her undersigned counsel, provides this Notice of Filing to the Court, to file Character Letters in Support of Sentencing.

Respectfully submitted,
HUMBERTO R. DOMINGUEZ

/s/ Humberto R. Dominguez
HUMBERTO R. DOMINGUEZ, P.A.
Attorney for Defendant
Florida Bar No.: 837903
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone:  305-373-6400
E-Mail: Bert@HDominguezlaw.com

| Name | Relationship to Ms. Turner |
|---|---|
| Kanema Morris | Daughter |
| Sapomaa Rodrigues | Friend |
| Tashima Lindo | Sister |
| Sharon Hutchinson | Friend |
| Beatriz Hernandez | Friend |
| Kimora Brown | Granddaughter |
| Brandan Goodwin | Nephew |
| Toni Blair | Friend |
| Jimmy Herard | Friend |
| Chanel Turner | Niece |
| Sahaii Roriques | Niece |
| Samantha Rodney | Friend |
| Simone Henry | Friend |
| Rajae Dishmon | Friend |
| Fabiola Noel | Friend and Client |
| LaShaina Shakes | Niece |
| Alize Baker | Daughter-in-Law |
| Dyrana McIntosh | Friend |
| Savanna Waldrop | Friend and Family member |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on July 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,
HUMBERTO R. DOMINGUEZ

/s/ Humberto R. Dominguez
HUMBERTO R. DOMINGUEZ, P.A.
Attorney for Defendant
Florida Bar No.: 837903
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone:  305-373-6400
E-Mail: Bert@HDominguezlaw.com