UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER,
and
KISEAN PAUL ANDERSON,
          a/k/a Sean Kingston
                  Defendants.
_____/

## STIPULATED ORDER OF RESTITUTION

THIS CAUSE comes before the Court on the United States Unopposed Motion to Enter a Stipulated Order of Restitution.  The Court having been fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Unopposed Motion to Enter a Stipulated Order of Restitution is **GRANTED**.  The Defendants, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON, are hereby ordered to pay joint and several restitution to the victim of the instant offense, further identified as "B.C.," in the amount of $38,500.00.

The restitution shall be made payable to Clerk, United States Courts, and forwarded to the U.S. Clerk's Office, Attn: Financial Section, 400 N. Miami Avenue, Room 8N09, Miami, Florida, 33128.  The restitution will then be forwarded by the Clerk of the Court to victim "B.C." at the address provided by the Government.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this _____ day of September, 2025.

_____
HONORABLE DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record